**FILED**
May 20, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Jaemie Herndon___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| USA | § |
| | § CRIMINAL NO: |
| vs. | § SA:21-CR-00533(1)-FB |
| | § |
| (1) Juan Carlos Martinez Cecias Rodriguez | § |

## ORDER

Before the Court are defendant's Opposed Motion to Continue Sentencing (dkt. #281) and the Government's Response in Opposition (dkt. #282).

This case has been pending for approximately three years. The defendant pled guilty almost a year ago. The normal time for sentencing in this Court is 90 days; however, the Court normally extends that for complex financial cases involving multiple defendants and restitution issues. The Court has done so in this case.

For reasons known only to defendant he has employed additional counsel, not withstanding he had, and still has, some of the best criminal defense lawyers for this type of case in the United States. Nevertheless, the Court has granted additional counsel adequate time to become prepared for the sentencing. Additionally, the Court recalls that numerous victims of the defendant had traveled into the United States during previous proceedings and apparently plan to do so again for the sentencing. Travel schedules for victims and witnesses have already been made.

Accordingly, Defendant's motion for continuance is **DENIED.**

It is so **ORDERED.**

On another matter, to give counsel for both sides adequate notice, it has come to the Court's attention, on information and belief, that defendant may be in violation of the conditions of his bond related to the purchase of two vehicles.

Signed this 20th day of May, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE